UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ULTRABULK CARGO SERVICES GmbH | CIVIL ACTION |
| VERSUS | NO. 26-1625 |
| MV AM PURPOSE, IMO No. 9455387, her engines, boilers, tackle, etc., *in rem*, and AM PURPOSE LIMITED, *in personam* | SECTION M (3) |

**ORDER & REASONS**

Before the Court is a motion for partial summary judgment filed by defendant Am Purpose Limited ("Am Purpose") to dismiss the *in rem* claims against and Rule C arrest of the M/V *Am Purpose*,[1] to which plaintiff Ultrabulk Cargo Services GmbH responds in opposition.[2] On August 11, 2026, this Court issued an Order & Reasons (R. Doc. 39) granting Am Purpose's motion to vacate the warrant of arrest.[3] The reasons set out in that opinion support granting summary judgment now to dismiss the *in rem* claims and Rule C arrest of the vessel.

Accordingly,

IT IS ORDERED that Am Purpose's motion for partial summary judgment (R. Doc. 37) is GRANTED for the reasons stated in the Court's Order & Reasons vacating the warrant for arrest (R. Doc. 39).

New Orleans, Louisiana, this 18th day of September, 2026.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

[1] R. Doc. 37.
[2] R. Doc. 45.
[3] R. Doc. 39.